THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PEARLE J. MULLIN, Appellant.— Order affirmed. All concur. (Appeal from an order of Oswego County Court denying petitioner's application in the nature of writ of error, *coram nobis*.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

ALFRED STEIN, Respondent, v. HERBERT C. SILCO et al., Appellants.— Judgment affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment of Monroe Equity Term for plaintiff in an action to set aside transfer of realty by defendants, to recover the amount due on a bond and mortgage, and for indemnification from defendants.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

HAROLD SILVER, Respondent, v. CARL SILCO et al., Appellants, et al., Defendant.— Judgment affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment of Monroe Equity Term for plaintiff in an action to recover the amount due on a bond and mortgage.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH J. DAMANSKI, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Wyoming County Court dismissing a writ of habeas corpus and remanding relator to the custody of the Warden of Attica Prison.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

In the Matter of the Appointment of a Member of the Committee on Character and Fitness of Applicants for Admission to the Bar.— William R. Emblidge, Esq. of Buffalo appointed a member Eighth District Committee in place and stead of Christopher Baldy, Esq., deceased. (Order entered June 16, 1959.)

RUFUS ROSENBLOOM et al., Plaintiffs and PITTSFORD PLAZA, INC., Intervenor, v. TOWN OF PITTSFORD, Defendant.— Motion for a stay denied. (Order entered June 17, 1959.)